IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOON PHATDOUANG, | : | |
| Petitioner, | : | 1:19-cv-0643 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| DOUGLAS K WHITE, WARDEN, | : | |
| Respondent. | : | |

## **ORDER**

**June 18, 2020**

NOW THEREFORE upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. §2241 is DENIED.

2. The Clerk of is directed to CLOSE this case.

                                               s/ John E. Jones III
                                               John E. Jones III, Chief Judge
                                               United States District Court
                                               Middle District of Pennsylvania